IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRAGMATUS TELECOM, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-1654 (RGA) |
| | ) |
| GOEMERCHANT, LLC, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT GOEMERCHANT, LLC'S MOTION TO STAY
PENDING REEXAMINATION OF THE PATENTS-IN-SUIT**

Defendant goEmerchant, LLC ("goEmerchant") moves to stay this case pending the *ex parte* reexamination of U.S. Patent No. 6,311,231 (Control No. 90/012,617) and the *inter partes* reexamination of U.S. Patent No. 6,668,286 (Control No. 95/002,317). GoEmerchant joins in and incorporates the arguments set forth in the briefs filed by defendants HSN, Inc. (C.A. No. 12-1546, D.I. 10) and Bosch Security Systems Inc. (C.A. No. 12-1650, D.I. 10).[1]

Plaintiff Pragmatus Telecom, LLC has alleged that goEmerchant, HSN, Inc. and Bosch Security Systems each "infringe directly one or more claims of" U.S. Patent Nos. 6,311,231 and 6,668,286. *See* D.I. 9, ¶¶ 10, 13; C.A. No. 12-1546, D.I. 1 ¶¶ 10, 13; C.A. No. 12-1650, D.I. 11 ¶¶ 10, 13.

---

[1] A motion to stay tolls the time for goEmerchant to respond to the Amended Complaint. *See, e.g., Intravascular Research Ltd. v. Endosonics Corp.*, 994 F. Supp. 564, 567 n.3 (D. Del. 1998) ("Historically, motions to stay have been recognized as tolling the time period for answering a complaint because pre-answer consideration of these motions have been found to maximize the effective utilization of judicial resources."); *see also* 5C Wright & Miller, FEDERAL PRACTICE AND PROCEDURE § 1360, 86 (3d ed. 2004).

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Michael J. Flynn* |
| | Rodger D. Smith II (#3778)<br>Michael J. Flynn (#5333)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>rsmith@mnat.com<br>mflynn@mnat.com |
| OF COUNSEL: | |
| Michael J. Newton<br>Jason W. Cook<br>ALSTON & BIRD LLP<br>2828 N. Harwood Street, Suite 1800<br>Dallas, TX 75201-2139<br>(214) 922-3423 | *Attorneys for Defendant goEmerchant LLC* |
| February 19, 2013 | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 19, 2013, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Margaret Elizabeth Day, Esquire<br>Ian N. Feinberg, Esquire<br>David L. Alberti, Esquire<br>Clayton Thompson, Esquire<br>Marc C. Belloli, Esquire<br>Sal Lim, Esquire<br>Yakov Zolotorev, Esquire<br>FEINBERG DAY ALBERTI & THOMPSON LLP<br>401 Florence Street, Suite 200<br>Palo Alto, CA 94301<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

/s/ *Michael J. Flynn*

Michael J. Flynn (#5333)